UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JOE LOUIS COLEMAN, 03-B-1996,

                         Plaintiff,                04-CV-0761A(Sr)

v.

SERGEANT RENOLDS, et al.,

                         Defendants.

---

### ORDER

As set forth in the Court's Case Management Order of November 23, 2005, defendants may depose the plaintiff pursuant to Fed. R. Civ. P. 30(a), in person, by video conferencing or by telephone at the correctional facility where he presently resides. Dkt. #21. As defendants advise that they intend to depose plaintiff by video conference, it is hereby

**ORDERED** that plaintiff be produced for video deposition at the Franklin Correctional Facility on July 25, 2008 from 10:00 a.m. until Noon.

      **SO ORDERED**.

DATED:    Buffalo, New York
             July 16, 2008

                                        **S/ H. Kenneth Schroeder, Jr.**
                                        **H. KENNETH SCHROEDER, JR.**
                                        **United States Magistrate Judge**